

| | **State of New Jersey** | |
|---|---|---|
| **CHRIS CHRISTIE** | Office of the Public Defender | **JOSEPH E. KRAKORA** |
| *Governor* | Hughes Justice Complex | *Public Defender* |
| | 25 Market Street | |
| **KIM GUADAGNO** | P.O. Box 850 | |
| *Lt. Governor* | Trenton, New Jersey 08625 | |
| | Tel: (609) 292-7087 · Fax: (609) 777-1864 | |

December 18, 2015

*Via ECF*
The Honorable Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    <u>C-Pod Inmates v. Middlesex County</u>
               **Docket No. 3:15-cv-7920-PGS-TJB**
               **Withdrawal of Plaintiffs' Motion to Certify Class**

Dear Judge Sheridan:

      In the coming days, the New Jersey Chapter of the American Civil Liberties Union (ACLU) will be entering a notice of appearance in this case on behalf of Plaintiffs. The ACLU will serve as co-counsel with the New Jersey Office of the Public Defender.

      In light of this development, Plaintiffs request the Court's permission to withdraw their pending motion for class certification without prejudice to refile at a later time. Plaintiffs' current counsel does not wish to proceed with a dispositive motion before the ACLU gets acclimated with the case.

      Defendant's counsel, Dvorak & Associates, was contacted regarding this issue, and they have no objection to the withdrawal request.

      Thank you for your time and consideration in this matter.

                                          Respectfully submitted,

                                          s/ Fletcher C. Duddy
                                          Deputy Public Defender
                                          Attorney for Plaintiffs

    c:    The Honorable Tonianne J. Bongiovanni, U.S.M.J. (*via ECF*)
          Danielle Abouzeid, Esq. (*via ECF*)
          The New Jersey ACLU, c/o Alexander Shalom, Esq. (*via email*)