UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C-POD INMATES OF MIDDLESEX COUNTY ADULT CORRECTION CENTER, et al.,, <br><br> Plaintiff, <br><br> v. <br><br> MIDDLESEX COUNTY, <br><br> Defendants. | Civil Action No.: 15-cv-7920 (PGS) <br><br> ORDER |

A Report and Recommendation was filed on July 31, 2018 by Magistrate Judge Bongiovanni recommending that Plaintiff Tyson Ratliff's claims be dismissed with prejudice (ECF No. 42).

The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing ;

It is, on this ___ day of August, 2018;

ORDERED that the Report and Recommendation of Magistrate Judge Tonianne J. Bongiovanni at docket entry 42 is hereby adopted as the opinion of the Court; and it is further

ORDERED that Plaintiff Tyson Ratliff's Complaint is dismissed with prejudice.

PETER G. SHERIDAN, U.S.D.J.